# United States District Court
## *Southern District of Georgia*

Craig A. Jordan

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV617-95

Jewell Moore et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 8, 2017, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Judgment of dismissal without prejudice is hereby entered and this action stands closed.



| November 8, 2017 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk